# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FFIC GOODWILL, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-00469-ART-NJK<br><br>**Order**<br><br>[Docket Nos. 8, 9, 10] |

Pending before the Court are three motions, each consisting of a single sentence fragment. Docket Nos. 8, 9, 10. While the Court construes the filings of *pro se* litigants liberally, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court is unable to discern what relief it is that Plaintiff is seeking through these filings.[1] Accordingly, these three motions are **DENIED** without prejudice.

　　　IT IS SO ORDERED.

　　　Dated: April 24, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court is also unable to read some of the handwriting on the filings. Moving forward, Plaintiff must ensure that all handwriting is legible. Local Rule IA 10-1(a)(2).

1